# EXHIBIT A

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Holiday Hospitality Franchising, Inc.  
ATTN: Nimesh Patel  
InterContinental Hotels Group  
Three Ravinia Drive  
Suite 2200  
Atlanta, GA 30346

January 3, 2011  
Invoice 1232299  Page 1

Our Matter #         33294/01500                              For Services Through 12/31/10  
Docket No            2008 CP 7493  
Name of Matter:      Westgate MB v. Holiday Hospitality

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/01/10 | Review and organize recent filing; prepare and organize courtesy copies for Court to assist Attorneys.<br>L.M. LYNCH | 1.10 hrs. | $165.00 |
| 12/02/10 | Review correspondence.<br>R.A. FARRIER | 0.30 hrs. | $130.50 |
| 12/07/10 | Review Horry County records re: real property owed by Westgate and available for execution upon entry of judgment.<br>M.G. ABNEY | 0.40 hrs. | $120.00 |
| 12/17/10 | Read and analyze memo in opposition.<br>R.A. FARRIER | 1.40 hrs. | $609.00 |
| 12/17/10 | Call from opposing counsel re: fee petition; review Westgate's memorandum in opposition to fee petition and supporting affidavits; work on reply brief.<br>M.G. ABNEY | 1.50 hrs. | $450.00 |
| 12/20/10 | Work on reply to Westgate's memorandum in opposition to fee petition.<br>M.G. ABNEY | 1.70 hrs. | $510.00 |
| 12/21/10 | Work on reply to plaintiff's memorandum in opposition to fee petition.<br>M.G. ABNEY | 6.50 hrs. | $1,950.00 |
| 12/22/10 | Work on reply to Westgate's memorandum in opposition to fee petition.<br>M.G. ABNEY | 4.60 hrs. | $1,380.00 |
| 12/27/10 | Work on reply to plaintiff's memorandum in opposition to petition for attorneys' fees and expenses.<br>M.G. ABNEY | 8.40 hrs. | $2,520.00 |
| 12/28/10 | Work on reply to plaintiff's memorandum in opposition to petition for attorneys' fees and expenses.<br>M.G. ABNEY | 5.90 hrs. | $1,770.00 |
| 12/29/10 | Work on reply to plaintiff's memorandum in opposition to fee petition.<br>M.G. ABNEY | 1.60 hrs. | $480.00 |

Holiday Hospitality Franchising, Inc.
January 3, 2011
Invoice 1232299   Page 2

| Date | Description | | |
|---|---|---|---|
| 12/29/10 | Review most recent motions; prepare same for integration into file for attorney ease in review of case issues. | | |
| | A. GALLOWAY | 0.10 hrs. | $8.50 |
| 12/31/10 | Review and revise reply. | | |
| | R.A. FARRIER | 1.80 hrs. | $783.00 |
| 12/31/10 | Work on reply brief to Westgate's memorandum in opposition to fee petition. | | |
| | M.G. ABNEY | 3.50 hrs. | $1,050.00 |

Less Courtesy Discount.................................................................................................. -1,192.60
**Fees for Legal Services** .................................................................................................. **$10,733.40**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.A. FARRIER | 3.50 | 435.00 | 1,522.50 |
| M.G. ABNEY | 34.10 | 300.00 | 10,230.00 |
| L.M. LYNCH | 1.10 | 150.00 | 165.00 |
| A. GALLOWAY | 0.10 | 85.00 | 8.50 |
| TOTAL | 38.80 | $307.37 | $11,926.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 12/20/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 | 2.73 |
| 12/20/2010 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 | 1.59 |
| 12/21/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 5.00 | 6.83 |
| 12/21/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 15.40 |
| 12/21/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 | 2.73 |
| 12/22/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 | 1.36 |
| 12/22/2010 | Westlaw | 7.87 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$38.51**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 30.64 |
| Westlaw | 7.87 |
| TOTAL | $38.51 |

Net current billing for this invoice.............................................................................................. $10,771.91

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | A/R Amt | |
|---|---|---|---|
| 1229990 | 12/16/2010 | $10,683.45 | |
| | | A/R BALANCE | $10,683.45 |

Holiday Hospitality Franchising, Inc.
January 3, 2011
Invoice 1232299  Page 3

**GRAND TOTAL**.................................................................................................. **$21,455.36**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Holiday Hospitality Franchising, Inc.
ATTN: Nimesh Patel
InterContinental Hotels Group
Three Ravinia Drive
Suite 2200
Atlanta, GA 30346

| | | |
|---|---|---|
| Our Matter # | 33294/01500 | For Services Through 12/31/10 |
| Docket No | 2008 CP 7493 | |
| Name of Matter: | Westgate MB v. Holiday Hospitality | |

| | | |
|---|---|---|
| Fees for Professional Services | $11,926.00 | |
| Less Courtesy Discount | $-1,192.60 | |
| Charges for Other Services Provided/Expenses Incurred | $38.51 | |
| **Net current billing for this invoice** ................................................................. | | **$10,771.91** |

### ACCOUNTS RECEIVABLE RECAP

| Invoice Number | Invoice Date | Invoice Amount | A/R Balance |
|---|---|---|---|
| 1229990 | 12/16/2010 | $10,683.45 | $10,683.45 |

Total Accounts Receivable.............................................................................. $10,683.45

**GRAND TOTAL**.............................................................................................. **$21,455.36**

---

**Terms of Payment: Balance due within thirty days of invoice date**

| Domestic Wire Transfer | Foreign Wire (USD) Transfer | Automated Clearing House (ACH) Transfer |
|---|---|---|
| **Receiving Bank:**<br>Columbus Bank & Trust (CB&T)<br>1148 Broadway<br>Columbus, GA 31901<br>**ABA Number:** 061100606<br>**Beneficiary Customer:**<br>Nelson Mullins Riley & Scarborough LLP<br>Operating Account<br>**Beneficiary Account:** 1002720611 | **Intermediary Bank:**<br>Standard Chartered Bank<br>New York, NY<br>**SWIFT Code:** SCBLUS33<br>**Beneficiary Bank:**<br>First Commercial Bank<br>Birmingham, AL<br>**SWIFT Code:** FICOUS44<br>**Beneficiary Customer:**<br>Nelson Mullins Riley & Scarborough LLP<br>Operating Account<br>**Beneficiary Account:** 1002720611 | **Beneficiary Bank:**<br>National Bank of SC<br>PO Box 1798<br>Sumter, SC 29151-1798<br>**ABA Number:** 053200666<br>**Beneficiary Customer:**<br>Nelson Mullins Riley & Scarborough LLP<br>Operating Account<br>**Beneficiary Account:** 1002720611 |

**Wire Reference Field:** Note the NMRS Invoice and Matter Number



# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Holiday Hospitality Franchising, Inc.  
ATTN: Nimesh Patel  
InterContinental Hotels Group  
Three Ravinia Drive  
Suite 2200  
Atlanta, GA 30346  

December 16, 2010  
Invoice 1229990  Page 1

| | | |
|---|---|---|
| Our Matter # | 33294/01500 | For Services Through 11/30/10 |
| Docket No | 2008 CP 7493 | |
| Name of Matter: | Westgate MB v. Holiday Hospitality | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/01/10 | Correspondence to opposing counsel.<br>M.G. ABNEY | 0.10 hrs. | $30.00 |
| 11/02/10 | Negotiations over fees.<br>R.A. FARRIER | 0.70 hrs. | $304.50 |
| 11/05/10 | Work on order granting summary judgment motion.<br>M.G. ABNEY | 1.50 hrs. | $450.00 |
| 11/08/10 | Work on proposed order granting summary judgment motion; call with client; correspondence to opposing counsel.<br>M.G. ABNEY | 1.50 hrs. | $450.00 |
| 11/12/10 | Call with opposing counsel re: amount of fees and expenses; correspondence with opposing counsel and court re: proposed order granting motion for summary judgment.<br>M.G. ABNEY | 0.40 hrs. | $120.00 |
| 11/12/10 | Telephone call with US District Clerk of Court re: Judge Childs' office to assist Attorney Abney in submission of proposed Order.<br>L.M. LYNCH | 0.20 hrs. | $30.00 |
| 11/15/10 | Call with opposing counsel re: objections to fee application; correspondence to opposing counsel re: consultation and intention to move forward with affidavit.<br>M.G. ABNEY | 1.00 hrs. | $300.00 |
| 11/16/10 | Work on draft affidavit; review order on summary judgment motion; research showing necessary under Fourth Circuit caselaw to justify fees.<br>M.G. ABNEY | 1.30 hrs. | $390.00 |
| 11/16/10 | Review and organize file materials to assist Attorneys.<br>L.M. LYNCH | 0.50 hrs. | $75.00 |
| 11/17/10 | Locate expert witness; work on affidavit issues.<br>R.A. FARRIER | 0.60 hrs. | $261.00 |
| 11/17/10 | Research Fourth Circuit standard for fee awards under the lodestar method and cases supporting amount of fees in our case; work on attorney's fee petition and supporting affidavits in accordance with Local Rule 54.02; contact and prepare packages for review by local attorneys re: affidavit in support of fee application. | | |

Holiday Hospitality Franchising, Inc.

December 16, 2010
Invoice 1229990  Page 2

|  |  |  |  |
|---|---|---|---|
|  | M.G. ABNEY | 7.50 hrs. | $2,250.00 |
| 11/18/10 | Call with expert; review of petition and affidavit.<br>R.A. FARRIER | 0.70 hrs. | $304.50 |
| 11/18/10 | Work on petition for fee application and supporting affidavits; correspondence and call with Brian Duffy re: same.<br>M.G. ABNEY | 5.80 hrs. | $1,740.00 |
| 11/19/10 | Review and analyze Rule 59 motion.<br>R.A. FARRIER | 0.60 hrs. | $261.00 |
| 11/19/10 | Work on revisions to fee petition and supporting affidavits; communicate with local attorneys preparing affidavits; correspondence to client re: update on fee petition; review plaintiff's Rule 59(e) motion; correspondence with client re: same; draft memorandum in opposition memorandum.<br>M.G. ABNEY | 4.50 hrs. | $1,350.00 |
| 11/22/10 | Correspondence with opposing counsel re: disclosure of rate information; calls with Victor Kline re: negotiation over fee amount; work on fee petition; calls and correspondence with counsel providing supporting affidavits; research for higher verdicts in similar cases.<br>M.G. ABNEY | 3.10 hrs. | $930.00 |
| 11/23/10 | Check on consent extension.<br>R.A. FARRIER | 0.20 hrs. | $87.00 |
| 11/23/10 | Finalize petition; research for similar cases in which similar fee amount was awarded; call with opposing counsel re: need for extension of time to file petition; revisions to memo in opposition to Rule 59(e) motion; revise motion for extension of time and proposed order; correspondence with Court re: same; correspondence to opposing counsel seeking information re: rates charged and time spent by Westgate's attorneys in connection with case; revisions to Farrier affidavit.<br>M.G. ABNEY | 3.50 hrs. | $1,050.00 |
| 11/23/10 | Telephone call to Judge Childs' chambers and Civil Case Manager re: extension of time to submit Defendants' Petition for Attorneys' Fees and Expenses; draft Motion for Extension of Time and related proposed Order to assist Attorney Abney.<br>L.M. LYNCH | 1.20 hrs. | $180.00 |
| 11/24/10 | Revise affidavit.<br>R.A. FARRIER | 0.60 hrs. | $261.00 |
| 11/24/10 | Call with Paul Dominick re: affidavit in support of fee petition; conference with Attorney Farrier re: finalizing affidavit in support of petition.<br>M.G. ABNEY | 0.30 hrs. | $90.00 |
| 11/30/10 | Review of filings.<br>R.A. FARRIER | 0.50 hrs. | $217.50 |
| 11/30/10 | Correspondence with Paul Dominick; review and comment on draft Dominick affidavit; finalize fee petition and response to Rule 59(e) motion and arrange for filing of same.<br>M.G. ABNEY | 1.50 hrs. | $450.00 |
| 11/30/10 | Review and prepare Petition for Attorneys Fees and Costs and related documents for electronic submission to US District Court to assist Attorneys Farrier and Abney.<br>L.M. LYNCH | 0.60 hrs. | $90.00 |

Holiday Hospitality Franchising, Inc.

December 16, 2010
Invoice 1229990  Page 3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/30/10 | Review most recent motions; prepare same for integration into file for attorney ease in review of case issues.<br>A. GALLOWAY | 0.20 hrs. | $17.00 |

Less Courtesy Discount.................................................................................................. −1,168.85
**Fees for Legal Services** ........................................................................................... **$10,519.65**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.A. FARRIER | 3.90 | 435.00 | 1,696.50 |
| M.G. ABNEY | 32.00 | 300.00 | 9,600.00 |
| L.M. LYNCH | 2.50 | 150.00 | 375.00 |
| A. GALLOWAY | 0.20 | 85.00 | 17.00 |
| TOTAL | 38.60 | $302.81 | $11,688.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 11/10/2010 | VENDOR: PACER Service Center; INVOICE#: Q32010-NM0003-1; DATE: 11/10/2010 - Quarterly Billing 07/01/2010 to 09/30/2010 (ck #649948) | 24.40 |
| 11/15/2010 | Telephone 1-407-425-6559 | 1.55 |
| 11/17/2010 | Computer Services | 45.00 |
| 11/17/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 7.00 | 7.84 |
| 11/17/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 5.01 |
| 11/17/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.00 | 4.47 |
| 11/17/2010 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.00 | 0.64 |
| 11/19/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 2.00 | 2.24 |
| 11/19/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 20.00 | 22.37 |
| 11/19/2010 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.00 | 0.66 |
| 11/22/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 1.33 |
| 11/22/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 3.00 | 17.53 |
| 11/22/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 6.00 | 7.95 |
| 11/22/2010 | Telephone 1-407-425-6559 | 0.55 |
| 11/23/2010 | Computer Services | 7.50 |
| 11/23/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 11.91 |
| 11/23/2010 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 | 2.65 |
| 11/23/2010 | Telephone 1-864-241-2190 | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$163.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Computer Services | 52.50 |
| Court Fees | 24.40 |

Holiday Hospitality Franchising, Inc.

December 16, 2010
Invoice 1229990  Page 4

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 84.60 |
| Telephone | 2.30 |
| TOTAL | $163.80 |

Net current billing for this invoice.................................................................... $10,683.45

**GRAND TOTAL**............................................................................................ **$10,683.45**

Holiday Hospitality Franchising, Inc.

December 16, 2010
Invoice 1229990  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Holiday Hospitality Franchising, Inc.
ATTN: Nimesh Patel
InterContinental Hotels Group
Three Ravinia Drive
Suite 2200
Atlanta, GA  30346

| | | |
|---|---|---|
| Our Matter # | 33294/01500 | For Services Through 11/30/10 |
| Docket No | 2008 CP 7493 | |
| Name of Matter: | Westgate MB v. Holiday Hospitality | |

| | |
|---|---:|
| Fees for Professional Services | $11,688.50 |
| Less Courtesy Discount | $-1,168.85 |
| Charges for Other Services Provided/Expenses Incurred | $163.80 |
| **Net current billing for this invoice** ................................................................ | **$10,683.45** |
| | |
| **GRAND TOTAL**........................................................................................................ | **$10,683.45** |

**Terms of Payment:  Balance due within thirty days of invoice date**

| Domestic Wire Transfer | Foreign Wire (USD) Transfer | Automated Clearing House (ACH) Transfer |
|---|---|---|
| **Receiving Bank:**<br> Columbus Bank & Trust (CB&T)<br> 1148 Broadway<br> Columbus, GA  31901<br>**ABA Number:** 061100606<br>**Beneficiary Customer:**<br> Nelson Mullins Riley &<br> Scarborough LLP<br> Operating Account<br>**Beneficiary Account:** 1002720611 | **Intermediary Bank:**<br> Standard Chartered Bank<br> New York, NY<br>**SWIFT Code:** SCBLUS33<br>**Beneficiary Bank:**<br> First Commercial Bank<br> Birmingham, AL<br>**SWIFT Code:** FICOUS44<br>**Beneficiary Customer:**<br> Nelson Mullins Riley &<br> Scarborough LLP<br> Operating Account<br>**Beneficiary Account:** 1002720611 | **Beneficiary Bank:**<br> National Bank of SC<br> PO Box 1798<br> Sumter, SC  29151-1798<br>**ABA Number:** 053200666<br>**Beneficiary Customer:**<br> Nelson Mullins Riley &<br> Scarborough LLP<br> Operating Account<br>**Beneficiary Account:** 1002720611 |

**Wire Reference Field:** Note the NMRS Invoice and Matter Number